EEOC Form 5 (11/09)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 423-2014-00011 |
| and EEOC | |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Mrs. Linda Martin** | **(601) 201-9258** | **08-24-1981** |

| Street Address | City, State and ZIP Code |
|---|---|
| **316 Autumn Crest Drive, Ridgeland, MS 39157** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe
Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **APPLE INC.** | **500 or More** | **(601) 607-4521** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1000 Highland Colony,  Ridgeland, MS 39157** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

RECEIVED

OCT 17 2013

U.S. EEOC/JAO

DISCRIMINATION BASED ON (Check appropriate box(es).)

| ☐ RACE | ☐ COLOR | ☒ SEX | ☐ RELIGION | ☐ NATIONAL ORIGIN |
|---|---|---|---|---|
| ☐ RETALIATION | ☐ AGE | ☐ DISABILITY | ☐ GENETIC INFORMATION | |
| ☐ OTHER (Specify) | | | | |

DATE(S) DISCRIMINATION TOOK PLACE

| Earliest | Latest |
|---|---|
| **10-15-2012** | **06-21-2013** |

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired October 22, 2010 as a Senior Manager.  I was discharged on June 22, 2013.  I was not given a
reason for my discharge.  I believe I was discharged because of my Sex, Female in violation of Title VII of
the Civil Rights Act of 1964, as amended.  During the course of my employment I was subjected to
comments regarding my Sex, Female.   My supervisor Jason Loshelder often made comments about the
women leadership in the store, he talked openly about getting rid of the women in the store.  He told Brent
Royer that he was going to have another female out by May 2013.  Prior to my termination Jason asked me
a question and I did not know the answer, and he responded publicly before my staff, "Why are you here?"
When I returned from Family Medical Leave as a result of my pregnancy, Jason Loshelder asked me if I were
capable of doing my job with all my health issues.

Brandon Slay, Manager was often out on sick leave two to three times per week; Jason never coached him
regarding his absences.  Employees are governed by a point system, which is three points in a three month
period, a fourth absence results in discharge.  Brandon Slay should have been discharged several months
ago according to policy.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| Oct 17, 2013 _____ Date      Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

PLAINTIFF'S
EXHIBIT
A