# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

LINDA M. MARTIN,

    Plaintiff,

v.

APPLE, INC.,

    Defendant.

CASE NO. 3:14-CV-656-HTW-LRA

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff Linda M. Martin and defendant Apple, Inc. hereby stipulate that plaintiff's claims should be dismissed in their entirety with prejudice, with each party to bear their own fees and costs.

ATTORNEY FOR PLAINTIFF:

_/s/ R. H. Watson Jr._
R. Nicholas Norris
WATSON & NORRIS, PLLC
1880 Lakeland Drive, Suite G
Jackson, Mississippi 39216
Phone: (601) 968-0000
nick@watsonnorris.com

ATTORNEY FOR DEFENDANT:

_/s/ Tammy L. Baker_
Tammy L. Baker
JACKSON LEWIS P.C.
800 Shades Creek Parkway, Suite 870
Birmingham, Alabama 35209
Phone: 205-332-3106
bakert@jacksonlewis.com

4828-7197-6740, v. 1